UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

IN RE: BUCCI,
    Petitioner

v.

United States of America,
    Respondent

Case Number: _____

## PETITION FOR WRIT OF MANDAMUS

Petitioner Sean Bucci petitions this court for issuance of a writ of mandamus to the District Court of Massachusetts directing said court to, within thirty days, render a decision concerning two motions which have sat dormant for over seventeen (17) months. For reasons as set forth in the accompanying Memorandum of Fact and Law, Petitioner avers to possess a "clear and indisputable" right to the relief requested and the respondent possesses as duty to provide said relief. Petitioner additionally avers that he has no other means of obtaining the relief requested and the absence of such relief is causing irreparable harm.

*Sean Bucci*
Sean Bucci, 24784-038
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640